

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| READYONE INDUSTRIES, INC., | § | |
| | § | No. 08-14-00135-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| | § | of El Paso County, Texas |
| ROBERT CASILLAS, | § | |
| | § | (TC# 2013-DCV-3700) |
| Appellee. | | |
| | § | |

## CONCURRING  OPINION

I agree that we are obliged by binding precedent to reverse and remand this case; but I can only concur because I believe such adhesory contracts are inherently and patently unfair, unconscionable, and fail constitutional muster.


December 18, 2015

DAVID WELLINGTON CHEW, Senior Judge

Before McClure, C.J., Rodriguez, J., and Chew, C.J. (Senior Judge)
Chew, C.J., (Senior Judge), sitting by assignment, Concurring